**No. 10-213. Arlene D. Rowland, Petitioner v. Prudential Financial, Inc., et al.**

562 U.S. 962, 131 S. Ct. 473, 178 L. Ed. 2d 289, 2010 U.S. LEXIS 7951.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 362 Fed. Appx. 596.